UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
360 MORTGAGE GROUP, LLC,                                     :
                                          Plaintiff,         :
                                                            :
                  -against-                                  :
                                                            :
FORTRESS INVESTMENT GROUP LLC,                              :
                                          Defendant.        :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2020

19 Civ. 8760 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on January 7, 2020, an initial pre-trial conference was held.  It is hereby

        **ORDERED** that, by **January 10, 2020**, each party shall file a letter identifying (1) the

type of shareholders (i.e., individual or corporate) associated with their respective limited liability

companies and (2) the citizenship of each shareholder, for the purpose of confirming that subject

matter jurisdiction is proper.  It is further

        **ORDERED** that Defendant's request to stay discovery pending resolution of the

forthcoming motion to dismiss is DENIED.  Defendant shall file its motion to dismiss by

**January 21, 2020**.  Plaintiff shall file its opposition by **February 20, 2020**.  Defendant shall file

a reply, if it wishes, by **March 3, 2020**.  The parties shall follow the court's individual rules

concerning motions, including page limits and courtesy copies.  A civil case management plan

and scheduling order will issue separately.

Dated: January 7, 2020
        New York, New York

                                          _____
                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**