```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
360 MORTGAGE GROUP, LLC,                                    :
                                    Plaintiff,              :
                                                            :    19 Civ. 8760 (LGS)
              -against-                                     :
                                                            :         ORDER
FORTRESS INVESTMENT GROUP LLC,                              :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS Defendant's memorandum of law in support of its motion to dismiss states that, on October 7, 2019, Plaintiff filed for Chapter 11 bankruptcy protection in the Western District of Texas (Dkt. No. 38 at 13/30). It is hereby

**ORDERED** that Plaintiff shall file a letter by **August 13, 2020**, updating the Court as to the status of this bankruptcy, including the applicability of the automatic stay provision of the United States Bankruptcy Code. *See* 11 U.S.C. § 362(a).

Dated: August 12, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**