UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
360 MORTGAGE GROUP, LLC,                :
                                Plaintiff,     :        19 Civ. 8760 (LGS)
                                                    :
              -against-                :        <u>ORDER</u>
                                                    :
FORTRESS INVESTMENT GROUP LLC,  :
                                  Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on September 24, 2020, a conference was held regarding a discovery dispute between Plaintiff and third party Ginnie Mae ("GNMA"), a division of the United States Department of Housing and Urban Development ("HUD"). It is hereby

       **ORDERED** that by **October 1, 2020**, Plaintiff and HUD shall meet and confer regarding narrowing the deposition topics for any HUD witness, and shall submit a letter not to exceed three pages summarizing any (1) plan for deposing such witness and (2) outstanding discovery issues. It is further

       **ORDERED** that by **September 25, 2020**, Plaintiff shall serve a copy of this Order on HUD and file proof of service.

       A revised case management plan extending deadlines to account for HUD's forthcoming document productions will issue in a separate order. The Clerk of Court is respectfully directed to close the docket entry at #66.

Dated: September 24, 2020
       New York, New York

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE