UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                       :
360 MORTGAGE GROUP, LLC,                               :
                                    Plaintiff,         :            19 Civ. 8760 (LGS)
                                                       :
                      -against-                        :                 ORDER
                                                       :
FORTRESS INVESTMENT GROUP LLC,                         :
                                    Defendant.         :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

 WHEREAS, on November 6, 2020, Plaintiff filed a letter motion requesting a discovery

conference (Dkt. No. 82), and on November 13, 2020, third party Ginnie Mae ("GNMA"), a

division of the United States Department of Housing and Urban Development ("HUD"),

responded (Dkt. No. 85).  It is hereby

 **ORDERED** that on **November 24, 2020, at 9:30 a.m.**, the parties and HUD shall appear

for a discovery conference on the following conference call line: 888-363-4749, access code:

558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed by

that time.  It is further

 **ORDERED** that by **November 20, 2020**, Plaintiff shall serve a copy of this Order on

HUD and file proof of service.

Dated: November 18, 2020
  New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**