UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    360 MORTGAGE GROUP, LLC,
                                    Plaintiff,        19 Civ. 8760 (LGS)

               -against-                      ORDER

    FORTRESS INVESTMENT GROUP LLC,
                                    Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the case management conference in this matter is scheduled for February 5, 2021, at 10:30 a.m.  It is hereby

      **ORDERED** that the case management conference is **adjourned** to **February 4, 2021, at 11:00 a.m.**, on the following conference call line: 888-363-4749, access code: 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed by that time

Dated: January 29, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**