UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
360 MORTGAGE GROUP, LLC,                                     :
                                 Plaintiff,  :    19 Civ. 8760 (LGS)
                                                             :
                -against-                                  :    ORDER
                                                             :
FORTRESS INVESTMENT GROUP LLC,                               :
                                Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the case management conference in this matter is scheduled for February 4, 2021, at 11:00 a.m.  It is hereby

       **ORDERED** that the case management conference is **adjourned** to **February 4, 2021, at 11:10 a.m.**, on the following conference call line: 888-363-4749, access code: 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed by that time

Dated: February 2, 2021
       New York, New York

                                                            **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**