UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
360 MORTGAGE GROUP, LLC,                  :
                              Plaintiff,      :         19 Civ. 8760 (LGS)
:
         -against-                         :         <u>ORDER</u>
:
FORTRESS INVESTMENT GROUP LLC,            :
                            Defendant.      :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the parties appeared for a case management conference on February 4, 2021. It is hereby

       **ORDERED** that by **February 8, 2021**, Defendant shall submit a letter stating (1) whether it wishes to proceed with settlement discussions before Magistrate Judge Aaron or mediation before a private mediator, with the parties splitting the costs and (2) its position on additional discovery from third party the Department of Housing and Urban Development ("HUD"), to include a deposition of an additional HUD witness. It is further

       **ORDERED** that by **February 10, 2021**, Plaintiff shall file a letter response.

Dated: February 4, 2021
       New York, New York

                                       LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE