UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
360 MORTGAGE GROUP, LLC,                                     :
                               Plaintiff,       :       19 Civ. 8760 (LGS)
:
-against-                                    :       ORDER
:
FORTRESS INVESTMENT GROUP LLC,               :
                               Defendant.       :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties and third party the Department of Housing and Urban Development ("HUD") have submitted their positions on the need for additional discovery from a witness with personal knowledge of HUD's decision to terminate Plaintiff's issuer status. It is hereby

      **ORDERED** that, good cause having been shown, discovery in this matter is reopened for the sole purpose of limited additional discovery from HUD, pursuant to HUD's *Touhy* review process, consisting of (1) limited interrogatories to HUD to identify a witness with personal knowledge of HUD's decision to determine Plaintiff's issuer status and (2) an oral deposition of that witness not to exceed one day. It is further

      **ORDERED** that by **February 17, 2021**, the parties and HUD shall meet and confer and file a proposed schedule for the above discovery. It is further

      **ORDERED** that briefing on summary judgment motions is held in abeyance pending the above discovery.

Dated: February 11, 2021
      New York, New York

                                                     LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE