

In light of third party HUD's representation that Defendant's letter at Docket No. 127 contains no confidential information (Dkt. No. 133), by **February 18, 2021**, Defendant shall file the letter at Docket No. 127 on the public docket.  The Clerk of Court is respectfully directed to close the docket entry at no. 126.

SO ORDERED

Dated:  February 15, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

February 8, 2021

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>360 Mortgage Group, LLC v. Fortress Investment Group LLC,</u> No. 1:19-cv-8760

Dear Judge Schofield:

    We represent defendant Fortress Investment Group, LLC ("Fortress") in this action.  Fortress's letter pursuant to this Court's February 4, 2021 Order (Dkt. 122) references deposition discovery obtained from the U.S. Department of Housing and Urban Development ("HUD").  Pursuant to the Court's December 2, 2020 order (Dkt. 96), and because there is not time sufficient to provide HUD with notice and an opportunity to make a sealing application in advance of this submission, we are filing publicly a redacted copy of the pre-motion letter and filing an unredacted version provisionally under seal pending such an application by HUD.  Pursuant to the Court's individual rules, we have highlighted proposed redactions in the sealed document.  Appendix A to this letter lists counsel of record who should have access to the sealed document.  Fortress takes no position on whether this information should remain sealed.

        Respectfully submitted,

         */s/ John J. Kuster*

        John J. Kuster

cc:  Plaintiff's Counsel

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.