UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
360 MORTGAGE GROUP, LLC,                                     :
                                     Plaintiff,              :    19 Civ. 8760 (LGS)
                                                             :
                  -against-                                  :    ORDER
                                                             :
FORTRESS INVESTMENT GROUP LLC,                               :
                                     Defendant.              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties and third party the Department of Housing and Urban Development ("HUD") are scheduled to appear for a conference on April 8, 2021, at 11:00 am. It is hereby

ORDERED that the April 8, 2021, conference is **adjourned** to **April 8, 2021, at 10:45 a.m.**, on the following conference call line: 888-363-4749, access code 558-3333. The time of the conference is approximate but the parties shall be ready to proceed by that time.

Dated: April 7, 2021
       New York, New York

                                        _____
                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE