UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
360 MORTGAGE GROUP, LLC, :
                              Plaintiff, :     19 Civ. 8760 (LGS)
:
     -against- :     <u>ORDER</u>
:
FORTRESS INVESTMENT GROUP LLC, :
                            Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, the parties and third party the Department of Housing and Urban Development ("HUD") appeared for a conference on April 8, 2021, regarding a live deposition of a witness from the Government National Mortgage Association ("GNMA"), a division of HUD. It is hereby

     **ORDERED** that, for the reasons stated at conference, HUD shall produce Leslie Meaux for deposition as a corporate witness on behalf of GNMA pursuant to Federal Rule of Civil Procedure 30(b)(6). The deposition shall not exceed five hours and shall be limited to the topics raised in Defendant's most recent *Touhy* requests to HUD. It is further

     **ORDERED** that by **April 16, 2021**, the parties and HUD shall file a joint letter setting forth an agreed-upon deadline for Ms. Meaux's deposition.

Dated: April 8, 2021
       New York, New York

                                                 LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE