```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
360 MORTGAGE GROUP, LLC,                                    :
                              Plaintiff,                    :    19 Civ. 8760 (LGS)
                                                            :
            -against-                                       :    ORDER
                                                            :
FORTRESS INVESTMENT GROUP LLC,                              :
                              Defendant.                    :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties have submitted their positions on Defendant's proposed motion for summary judgment. It is hereby

**ORDERED** that by **June 24, 2021**, Defendant shall file its motion for summary judgment. By **July 29, 2021**, Plaintiff shall file its opposition. By **August 19, 2021**, Defendant shall file its reply. All submissions shall be per the Individual Rules.

Dated: June 2, 2021
       New York, New York

                                             _____
                                             **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**