UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
360 MORTGAGE GROUP, LLC,  :
                             Plaintiff, :
                                  : 19 Civ. 8760 (LGS)
         -against-            :
                                  : <u>ORDER</u>
FORTRESS INVESTMENT GROUP LLC, :
                           Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 26, 2021, Plaintiff submitted a letter request seeking leave to file a corrected summary judgment opposition briefing and associated Rule 56 statement (Dkt No. 189). Defendant submitted a letter on August 26, 2021, opposing Plaintiff's request (Dkt No. 192). Plaintiff requests leave to: (i) strike a quote that it misconstrued and two sentences of supporting argument in its opposition brief and Rule 56 statement; (ii) correct erroneous page and paragraph citations to the Rule 56 statement in its opposition brief; and (iii) add new citations to its Rule 56 statement. It is hereby

      **ORDERED** that Plaintiff's requests set out in items (i) and (ii) are GRANTED because they do not add new argument or evidence but merely correct citation errors. It is further

      **ORDERED** that Plaintiff's request set out in (iii) to add new evidentiary citations in its Rule 56 statement is DENIED as Plaintiff offers no reason as to why it failed to include such citations in its original submission. It is further

      **ORDERED** that by **September 1, 2021**, Plaintiff shall submit revised copies of its summary judgment opposition briefing and associated Rule 56 statement, along with versions of those documents marked to show changes made to the original submissions at Docket Numbers 175 and 176. It is further

      **ORDERED** that by **September 8, 2021**, Defendant shall file any supplemental reply brief

addressing Plaintiff's revised opposition briefing and Rule 56 statement.

Dated: August 27, 2021
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE