

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

The application is GRANTED.  By **August 30, 2021,** Defendant shall separately file on the public docket a copy of its letter at Docket 192 with confidential information redacted.

SO ORDERED.

Dated: August 27, 2021
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

August 26, 2021

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *360 Mortgage Group, LLC v. Fortress Investment Group LLC,* No. 1:19-cv-8760

Dear Judge Schofield:

We represent defendant Fortress Investment Group, LLC ("Fortress") in this action.  Fortress's letter in opposition to Plaintiff 360 Mortgage Group LLC's ("360") August 25, 2021 letter (Dkt. 190) references deposition discovery obtained from the U.S. Department of Housing and Urban Development ("HUD").

Accordingly, pursuant to the Court's December 2, 2020 order (Dkt. 96), and because there is not time sufficient to provide HUD with notice and an opportunity to make a sealing application in advance of this submission, we are filing publicly a redacted copy of the letter.

Pursuant to the Court's individual rules, we have highlighted proposed redactions in the sealed document.  Appendix A to this letter lists counsel of record who should have access to the sealed documents.  Fortress takes no position on whether this information should remain sealed.

Respectfully submitted,

 */s/ John J. Kuster*

John J. Kuster

cc:  Plaintiff's Counsel

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.