UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
              :
360 MORTGAGE GROUP, LLC,         :
              Plaintiff,   :      19 Civ. 8760 (LGS)
              :
        -against-              :      <u>ORDER</u>
              :
FORTRESS INVESTMENT GROUP LLC,  :
              Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on June 29, 2021, the Court granted the Government's request to review materials provisionally filed under seal in connection with the parties' summary judgment briefing (Dkt. No. 173).

    WHEREAS, the Government filed a letter on August 27, 2021, stating that it consented to the unsealing of any materials provisionally filed under seal in the parties' summary judgment briefing (Dkt. No. 196).

    WHEREAS, the Government filed a second letter on September 15, 2021, stating that it consented to the unsealing of materials provisionally filed under seal in the parties' amended summary judgment briefing. It is hereby

    **ORDERED** that the Docket Entries at 167 – 169, 175 – 178, 185 – 187, 190, 192 and 201-202 shall be unsealed. The Clerk of Court is respectfully directed to close the docket entries at 165, 174, 184, 189, 190, 199, and 200.

Dated: September 16, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE