UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
360 MORTGAGE GROUP, LLC,                               :
                            Plaintiff,           :
:     19 Civ. 08760 (LGS)
-against-                                :
:     <u>ORDER</u>
FORTRESS INVESTMENT GROUP LLC,                         :
                           Defendant.           :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties' summary judgment briefing cites the Ginnie Mae MBS Guide and Guaranty Agreements.

WHEREAS, the citations are hyperlinks which are no longer accessible.  It is hereby

**ORDERED** that by **December 10, 2021**, the parties shall either (i) file on the docket PDF versions of the Guide and associated Guaranty Agreements, or (ii) file a copy on a CD and provide Chambers with a courtesy copy on a CD.

Dated: December 8, 2021
      New York, New York

                                                    **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**