UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

360 Mortgage Group, LLC,

                    Plaintiff,

-against-

Fortress Investment Group LLC et al.,

                    Defendant.

1:19-cv-08760 (LGS) (SDA)

ORDER SCHEDULING TELEPHONIC SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on May 25, 2022, at 2:00 p.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

The Court will provide dial-in information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:     New York, New York
           April 11, 2022

_____
STEWART D. AARON
United States Magistrate Judge