UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 360 Mortgage Group, LLC,<br><br>       Plaintiff,<br>  v.<br><br>Fortress Investment Group LLC,<br><br>       Defendant. | No.: 1:19-cv-08760 (LGS) (SDA) |

### NOTICE OF DEFENDANT'S MOTION FOR RECONSIDERATION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant's Motion for Reconsideration (the "Motion"), and all pleadings and proceedings herein, defendant Fortress Investment Group LLC ("Fortress") will move this Court, before the Honorable Lorna G. Schofield, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, as soon as counsel may be heard, for an order granting Defendant's Motion and granting summary judgment in favor of Fortress on all claims asserted in the Amended Complaint, and for such other and further relief as the Court deems appropriate.

Dated: June 13, 2022
New York, New York

SIDLEY AUSTIN LLP

*/s/ John J. Kuster*
John J. Kuster
Jon W. Muenz
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
jkuster@sidley.com
jmuenz@sidley.com

*Counsel for Defendant*

By **July 6, 2022**, Plaintiff shall file a response, not to exceed ten (10) pages.

SO ORDERED.

Dated: June 28, 2022
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**