

**HOUSTON**
The Lanier Law Firm, PC
10940 W. Sam Houston Pkwy N.
Suite 100
Houston, TX 77064
713.659.5200
Fax 713.659.2204

**NEW YORK**
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
6th Floor
New York, NY 10022
212.421.2800
Fax 212.421.2878

**LOS ANGELES**
The Lanier Law Firm, PC
21550 Oxnard Street
3rd Floor
Woodland Hills, CA 91367
310.277.5100
310.277.5103

June 28, 2022

*Via ECF*

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *360 Mortgage Group, LLC v. Fortress Investment Group, LLC,*
           No. 1:19-cv-8760-LGS

Dear Judge Schofield:

    360 Mortgage respectfully requests a one-month extension of the current Noerr-Pennington filing deadlines which are July 12, 2022 for filing briefs, and July 26, 2022 for replies [Dkt. 224]. Counsel for 360 Mortgage, Douglas Daniels, who has been involved in the research and briefing of these issues for the Court had to seek medical care. Counsel for 360 Mortgage contacted counsel for Fortress regarding this request, and Fortress indicated it does not object to this extension request. 360 Mortgage would appreciate this brief extension of time to August 12, 2022 for filing briefs, and August 26, 2022 for reply briefs, and thanks the Court for its consideration of this request.

                            Respectfully submitted,

                            */s/ Alex J. Brown*
                            Alex J. Brown
                            *Attorney for Plaintiff 360 Mortgage Group, LLC*

AJB/alm