UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
360 MORTGAGE GROUP, LLC, :
: 
Plaintiff, : 19 Civ. 8760 (LGS)
:
-against- : ORDER
:
FORTRESS INVESTMENT GROUP LLC, :
:
Defendant. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Opinion and Order dated March 30, 2022, (the "Opinion") denied Defendant's motion for summary judgment. The Order dated September 6, 2022, denied Defendant's motion for reconsideration, held that factual questions related to Defendant's conduct that would be unprotected under the *Noerr-Pennington* doctrine precluded summary judgment, and granted Plaintiff leave to file a Second Amended Complaint.

WHEREAS, on September 13, 2022, Plaintiff filed its Second Amended Complaint. No additional discovery is expected or permitted, except certain *de bene esse* depositions undertaken by Defendant. It is hereby

**ORDERED** that, by **September 21, 2022**, the parties shall file a joint letter apprising the Court of their availability for trial in the first quarter of 2023, considering as conflicts only other trials and already paid-for vacations. The letter shall advise the Court if the parties would like to resume settlement discussions with Judge Aaron, pursue settlement discussions in the Court's mediation program, or retain their own private mediator.

Dated: September 14, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE