UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

360 MORTGAGE GROUP, LLC,

                        Plaintiff,

v.

FORTRESS INVESTMENT GROUP LLC,

                        Defendant.

No.: 1:19-cv-08760 (JMF)

---

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The parties in the above-captioned action hereby agree to the voluntary dismissal of this action as against all parties with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own attorneys' fees and costs.

[REST OF PAGE INTENTIONALLY LEFT BLANK]

As the parties filed their executed settlement agreement on the docket, *see* ECF No. 299, the Court retains jurisdiction to enforce it.  SO ORDERED.

*[signature]*

June 27, 2023

Dated: June 26, 2023

THE LANIER LAW FIRM, P.C.

_____
W. Mark Lanier
Skip McBride
Alex J. Brown
Jonathan P. Wilkerson
10940 W Sam Houston Parkway N., Suite 100
Houston, Texas 77064
(713) 659-5200
mark.lanier@lanierlawfirm.com
skip.mcbride@lanierlawfirm.com
alex.brown@lanierlawfirm.com
jonathan.wilkerson@lanierlawfirm.com

*Counsel for 360 Mortgage Group, LLC*

SIDLEY AUSTIN LLP

_____
John J. Kuster
Joan M. Loughnane
Jon W. Muenz
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
jkuster@sidley.com
jloughnane@sidley.com
jmuenz@sidley.com

DEBEVOISE & PLIMPTON LLP
Mark P. Goodman
Elliot Greenfield
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000
mgoodman@debevoise.com
egreenfield@debevoise.com

*Counsel for Fortress Investment Group LLC*